**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA, *ex rel.*, DANIEL FOSTER,** | **Case No.: 3:25-cv-00793-IM** |
| **Plaintiff-Relator,** | **ORDER OF DISMISSAL** |
| **v.** | |
| **MICROTEC INC, formerly known as LUCIDYNE TECHNOLOGIES INC., an Oregon Corporation, and affiliated and associated companies,** | |
| **Defendant.** | |

The United States of America and the Relator, having submitted their Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1) and 31 U.S.C. § 3730(b)(1), and for good cause shown, the Court rules as follows:

IT IS ORDERED that,

1. All claims against the Defendant are dismissed with prejudice as to Relator Daniel Foster;

2. All claims in this action against Defendant are dismissed with prejudice as to the United States insofar as those claims fall within the meaning of the "Covered Conduct" as

defined in the Parties' Settlement Agreement, and otherwise without prejudice as to any other claims;

3. The seal shall be lifted upon Relator's Complaint, the United States' Notice of Election to Intervene for Settlement Purposes, the United States' and Relator's Stipulation of Dismissal, and this Order, which will be served upon counsel for Defendant by the United States;

4. The seal shall be lifted as to all matters occurring in this action after the date of this Order; and

5. All other contents of the Court's file in this action shall remain under seal and not be made public.

DATED this 14th day of September, 2026.

/s/ Karin J. Immergut

KARIN J. IMMERGUT
United States District Judge

Submitted by:

SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon

*/s/ William M. Narus*
**WILLIAM M. NARUS, CAB #243633**
First Assistant United States Attorney

*/s/ Vivek Kothari*
**VIVEK KOTHARI, OSB #182089**
Attorney for Relator